LAW LIBRARY

NO. 30604

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

RICHARD B. RAPOZO, Petitioner,

vs.

STATE OF HAWAI‘I, Respondent.

KHAMAKADO CLERK APPELLATE COURTS STATE OF HAWAII

2010 JUL 27 PM 3: 42

FILED

ORIGINAL PROCEEDING

ORDER
(By: Duffy, J. for the court[1])

Upon consideration of petitioner's motion for evidentiary hearing dated July 17, 2010, it appears that the petition for a writ of habeas corpus was denied on July 15, 2010. Therefore,

IT IS HEREBY ORDERED that the motion for evidentiary hearing is dismissed.

DATED:  Honolulu, Hawai‘i,  July 27, 2010.

FOR THE COURT:

*James E. Duffy Jr.*

Associate Justice



---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.